FILED ___ LODGED
___ RECEIVED ___ COPY

APR 17 2012

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ Z DEPUTY

REDACTED FOR PUBLIC DISCLOSURE

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | NO. CR 12 0788 PHX ROS LOA |
|---|---|
| Plaintiff, | **INDICTMENT** |
| v. | |
| Daniel Wise, | VIO: 18 U.S.C. § 1341 (Mail Fraud) Counts 1-44 |
| Defendant. | 18 U.S.C. § 1343 (Wire Fraud) Counts 45-58 |
| | 18 U.S.C. § 1957(a) (Transactional Money Laundering) Counts 59-102 |
| | 18 U.S.C. § 981(a)(1)(C) 18 U.S.C. § 982(a)(1) 28 U.S.C. § 2461(c) (Forfeiture Allegations) |

THE GRAND JURY CHARGES:

At all times material to this Indictment:

### INTRODUCTION

1. DANIEL WISE ("WISE" or "DW"), was a resident of Scottsdale, Arizona.

2. Beginning in or around June 2005, and continuing through in or around December 2008, defendant WISE, and others, operated the Wise-related Entities.[1] Through these entities, WISE induced victims to "invest" approximately $66 million with false promises that he could earn high-yield rates of return by making short-term, high-interest hard money loans in speculative real estate ventures.

3. In fact, WISE did not utilize the money that was entrusted to him in the manner he had represented it would be used. Rather than "invest" the money in real estate transactions, WISE generally operated his investment venture as a *Ponzi* scheme, using new investors' money to pay off old investors (which created a false impression that the underlying "investments" were profitable). In the process, WISE greatly enriched himself by siphoning off millions of dollars in victim funds for his own personal use and enjoyment.

## COUNTS ONE THROUGH FORTY-FOUR
### Mail Fraud
### [18 U.S.C. § 1341]

4. The factual allegations in paragraphs 1 - 3 of the Indictment are incorporated by reference and re-alleged as though fully set forth herein.

### OBJECTS OF THE SCHEME TO DEFRAUD

5. The objects of the scheme to defraud, as devised and executed by the defendant and others, through the various entities described herein, were:

---

[1] The Wise-related entities included, among others, Whispering Winds Properties. L.L.C. ("WWP"), LM Beagle Properties, L.L.C. ("LMB"), Karlena, Inc. ("Karlena"), Wilan Holdings ("Wilan"), Santa Barbara Management, L.L.C. ("Santa Barbara"), DRL Productions, L.L.C. ("DRL"), Wildlife Properties, L.L.C. ("Wildlife"), Three Jays, L.L.C. ("Three Jays"), Axis International, Inc. ("Axis"), Jerilou, Inc. ("Jerilou"), J.U.S.T.Y., Inc. ("Justy"), 14 Casa Associates, L.L.C. ("14 Casa"), Folden Holdings, L.L.C. ("Folden"), DKW Properties, L.L.C., ("DKW"), Two Soles Holdings, L.L.C. ("Two Soles"), East Central Park Holdings, L.L.C. ("East Central"), Tarise Holdings, L.L.C. ("Tarise"), and Compadre, L.L.C. ("Compadre") (collectively referred to as "Wise-related Entities"). Defendant also opened, controlled, or used approximately 53 bank accounts, primarily at Compass Bank and Northern Trust Bank, in the names of these different Wise-related Entities, and directed and controlled the allocation of the funds within these bank accounts.

a.  to induce victims to "invest" funds, with false promises that the victims could earn high-yield rates of return by making short-term, high-interest hard money loans to other so-called "borrowers," when the defendant knew that few, if any, "loans" or "investments" of this or any nature were actually made with victim funds;

b.  to conceal from victim investors that their "invested" funds were not actually put into real estate or other investments, or earning rates of returns, in the manner promised;

c.  to repay and lull most of the earlier victim investors with funds from later victim investors defrauded in the same manner (i.e., through a *Ponzi* scheme); and

d.  to personally enrich himself by siphoning off millions from the pool of "investor" money.

**MANNER AND MEANS OF THE SCHEMES TO DEFRAUD**

6. The manner and means used by defendant, and others, through the entities described above, to achieve the objects of the scheme and artifice to defraud, included the following:

a.  Defendant created a web of entities and bank accounts that had little or no legitimate business purpose or actual utility, and were instead created primarily to give a deceptive air of legitimacy and sophistication to his underlying *Ponzi* scheme, as well as to camouflage and conceal his use of millions in "investor" funds for his own personal benefit and enjoyment.

b.  To get victims to "invest" money, defendant, and others, fraudulently misrepresented some or all of the following:

(1) That victim investors could earn above-market rates of return by making short-term, high-interest hard money loans to certain real estate speculators;

(2) That defendant had a significant net worth and substantial experience making investment loans of this nature, with few, if any, historical defaults on such risky lending practices;

3

      (3)    That other victim investors had already "legitimately" profited greatly from "investing" with him;

      (4)    That the loans to third parties were performing and not troubled or in a state of default;

      (5)    That each loan was secured and collateralized by specific assets with a fair market value at least equal to the amount of the loan;

      (6)    That many of the loans were further secured by personal guarantees from the purported real estate borrowers;

      (7)    That defendant procured specific life insurance policies as a further safeguard against the risk of loss;

      (8)    That investor funds were sometimes placed in escrow accounts and not put at risk in the underlying speculative venture; and

      (9)    That "returns" came from the repayment of these high risk loans, when, in actuality, victims were being paid with funds from newly defrauded victim "investors."

    c.    When victims wanted details about the specific real estate speculators, defendant provided fictitious borrowers, such as "Gary Firestein," "Richard Fried," and "Pete." Using these made up individuals, defendant manufactured fake documents from these fictitious individuals, including documents entitled "Promissory Note" and "Assignment for Funds for Loan," among others, and forged the signature of these non-existent individuals. Defendant also fabricated communications with these false personas, including a form letter entitled "Demand to Repay Promissory Note" purportedly sent to one or more of these fake individuals. Defendant similarly devised fake oral communications with these fictitious speculators by getting an accomplice to carry out the hoax over the phone with one or more victim investors.

d. To reduce the outflow of funds to victim investors in this *Ponzi* scheme, defendant fabricated investor statements that falsely and fraudulently indicated that the fictitious investments had been successful and earned the victim investors the promised returns on their "investments." Most of the entries were contrived and not supported by the underlying economic circumstances or accounting records. Instead, defendant falsely represented that these "investor" accounts had maintained their value, and that the loans underlying these accounts were performing and otherwise accruing realizable investment interest. Within these false investor reports, defendant used alpha-numeric codes for the purported investment "deals" (e.g., "Deal SE-76"), thereby fabricating an aura of legitimacy for his *Ponzi* scheme. These codes were made up by defendant and had no correlation whatsoever to any actual "deals" or investments of victim funds. These deceptive investor statements were used by defendant to convince victim investors to "roll over" or "re-invest" their fake earnings, and now dissipated principal investments, into other fake investment undertakings. This process of deception helped defendant slow the amount of money he had to return to victim investors, which enabled him to keep the *Ponzi* scheme alive and undetected.

e. After defendant had procured enough victim funds to effectuate his *Ponzi* plans, he began to siphon off victim funds for his own personal expenses and other disbursements. He siphoned off the funds as he was moving funds repeatedly throughout his vast network of bank accounts and shell entities.

f. Defendant, through the various entities and "investment" mechanisms as outlined above, used funds obtained from later "investors" to improperly repay claims from or obligations owed to earlier "investors." Through various fraudulent maneuvers and voluminous misrepresentations, the defendant fraudulently induced earlier "investors" to believe they were earning actual returns from the repayment of hard money loans, or that they should "re-invest" their alleged paper earnings in the

next stage of this *Ponzi* scheme. As to later "investors," the defendant did not disclose that their funds would be used to repay old debts or satisfy earlier *Ponzi* victims of the scheme.

    g.    Defendant fraudulently solicited many of his victim investors through his accounting and tax business, and several of the victim investors also hired defendant to prepare their State and Federal tax returns and their other accounting work. As the *Ponzi* scheme began to unravel, and defendant's cash flow dwindled, defendant began to steal funds from his tax clients who were also victim investors in defendant's *Ponzi* scheme. In that phase of the fraud, defendant further victimized many of the victim investors by retaining, for his own use, more than a million dollars in tax payments earmarked for the Arizona Department of Revenue or the United States Treasury.

    h.    During the operation of this *Ponzi* scheme, defendant persuaded approximately 200 victim investors to "invest" approximately $66 million. Defendant personally took for his own benefit approximately $7 million of these funds.

7.    Beginning in or around June 2005, and continuing through in or around December 2008, in the District of Arizona and elsewhere, defendant DANIEL WISE, individually and doing business under the entities described above, along with others known and unknown to the Grand Jury, did knowingly and willfully devise and intend to devise a scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent promises, pretenses, and representations, and the concealment of material facts.

8.    On or about the dates listed below, in the District of Arizona and elsewhere, for the purpose of executing and attempting to execute the aforesaid scheme and artifice to defraud and to obtain money by means of materially false and fraudulent pretenses, representations, promises, and the concealment of material facts, defendant DANIEL WISE, individually and doing business under the entities described above, along with others known and unknown to the Grand Jury, placed and caused to be placed in a post office and authorized depository for mail matter, to be sent and

delivered by the United States Postal Service, and deposited and caused to be deposited for delivery by a private and commercial interstate carrier, for delivery by commercial interstate carriers, to and from the locations set forth below, each such instance being a separate Count of this Indictment:

| Count | Date | Item Mailed | Carrier |
|---|---|---|---|
| 1 | August 15, 2008 | V.B. received a letter in New York, NY from Wise doing business as "Whispering Winds Properties, LLC" in Scottsdale, AZ. This letter contained V.B.'s "Deal Summary" of her investments with Wise. | USPS |
| 2 | June 17, 2008 | V.B. received a letter in New York, NY from Wise doing business as "Whispering Winds Properties, LLC" in Scottsdale, AZ. This letter contained V.B.'s "Deal Summary" of her investments with Wise. | USPS |
| 3 | April 24, 2008 | V.B. received a letter in New York, NY from Wise doing business as "Whispering Winds Properties, LLC" in Scottsdale, AZ. This letter contained V.B.'s "Deal Summary" of her investments with Wise. | USPS |
| 4 | January 28, 2008 | V.B. received a letter in New York, NY from Wise doing business as "Whispering Winds Properties, LLC" in Scottsdale, AZ. This letter contained V.B.'s "Deal Summary" of her investments with Wise. | USPS |
| 5 | July 24, 2008 | V.B. received a letter in New York, NY from Wise doing business as "Whispering Winds Properties, LLC" in Scottsdale, AZ. This letter contained statements from Wise concerning problems he was having with Whispering Winds LLC and Wise's reasons for the problems. | USPS |
| 6 | June 20, 2008 | V.B. received a letter in New York, NY from Wise doing business as "Whispering Winds Properties, LLC" in Scottsdale, AZ. This letter contained a "Promissory Note" for $285,001.36 from Wise to V.B. | USPS |
| 7 | August 15, 2008 | K.M. received a letter in Williamsburg, Virginia from Wise doing business as "Whispering Winds Properties, LLC" in Scottsdale, AZ. This letter contained K.M.'s summary of her investments with Wise. | USPS |

| Count | Date | Item Mailed | Carrier |
|---|---|---|---|
| 8 | July 31, 2008 | K.M. received a letter in Williamsburg, Virginia from Wise doing business as "Whispering Winds Properties, LLC" in Scottsdale, AZ. This letter contained K.M.'s summary of her investments with Wise. | USPS |
| 9 | July 24, 2008 | K.M. received a letter in New York, NY from Wise doing business as "Whispering Winds Properties, LLC" in Scottsdale, AZ. This letter contained statements from Wise concerning problems he was having with Whispering Winds LLC and Wise's reasons for the problems. | USPS |
| 10 | July 3, 2008 | K.M. received a letter in Williamsburg, Virginia from Wise doing business as "Whispering Winds Properties, LLC" in Scottsdale, AZ. This letter contained K.M.'s summary of her investments with Wise. | USPS |
| 11 | June 14, 2008 | K.M. received a letter in Williamsburg, Virginia from Wise doing business as "Whispering Winds Properties, LLC" in Scottsdale, AZ. This letter contained K.M.'s summary of her investments with Wise. | USPS |
| 12 | May 31, 2008 | K.M. received a letter in Williamsburg, Virginia from Wise doing business as "Whispering Winds Properties, LLC" in Scottsdale, AZ. This letter contained K.M.'s summary of her investments with Wise. | USPS |
| 13 | August 15, 2008 | M.L. received a letter in New York, New York from Wise doing business as "Whispering Winds Properties, LLC" in Scottsdale, AZ. This letter contained M.L.'s summary of his investments with Wise. | USPS |
| 14 | July 31, 2008 | M.L. received a letter in New York, New York from Wise doing business as "Whispering Winds Properties, LLC" in Scottsdale, AZ. This letter contained M.L.'s summary of his investments with Wise. | USPS |
| 15 | June 14, 2008 | M.L. received a letter in New York, New York from Wise doing business as "Whispering Winds Properties, LLC" in Scottsdale, AZ. This letter contained M.L.'s summary of his investments with Wise. | USPS |
| 16 | May 31, 2008 | M.L. received a letter in New York, New York from Wise doing business as "Whispering Winds Properties, LLC" in Scottsdale, AZ. This letter contained M.L.'s summary of his investments with Wise. | USPS |

| Count | Date | Item Mailed | Carrier |
|---|---|---|---|
| 17 | April 24, 2008 | M.L. received a letter in New York, New York from Wise doing business as "Whispering Winds Properties, LLC" in Scottsdale, AZ. This letter contained M.L.'s summary of his investments with Wise. | USPS |
| 18 | March 24, 2008 | M.L. received a letter in New York, New York from Wise doing business as "Whispering Winds Properties, LLC" in Scottsdale, AZ. This letter contained M.L.'s summary of his investments with Wise. | USPS |
| 19 | November 15, 2008 | P.K. received a letter in Rego Park, New York from Wise doing business as "Whispering Winds Properties, LLC" in Scottsdale, AZ. This letter contained P.K.'s summary of her investments with Wise. | USPS |
| 20 | August 15, 2008 | P.K. received a letter in Rego Park, New York from Wise doing business as "Whispering Winds Properties, LLC" in Scottsdale, AZ. This letter contained P.K.'s summary of her investments with Wise. | USPS |
| 21 | July 3, 2008 | P.K. received a letter in Rego Park, New York from Wise doing business as "Whispering Winds Properties, LLC" in Scottsdale, AZ. This letter contained P.K.'s summary of her investments with Wise. | USPS |
| 22 | June 14, 2008 | P.K. received a letter in Rego Park, New York from Wise doing business as "Whispering Winds Properties, LLC" in Scottsdale, AZ. This letter contained P.K.'s summary of her investments with Wise. | USPS |
| 23 | May 9, 2008 | P.K. received a letter in Rego Park, New York from Wise doing business as "Whispering Winds Properties, LLC" in Scottsdale, AZ. This letter contained P.K.'s summary of her investments with Wise. | USPS |
| 24 | April 10, 2008 | P.K. received a letter in Rego Park, New York from Wise doing business as "Whispering Winds Properties, LLC" in Scottsdale, AZ. This letter contained P.K.'s summary of her investments with Wise. | USPS |
| 25 | March 7, 2008 | P.K. received a letter in Rego Park, New York from Wise doing business as "Whispering Winds Properties, LLC" in Scottsdale, AZ. This letter contained P.K.'s summary of her investments with Wise. | USPS |

| Count | Date | Item Mailed | Carrier |
|---|---|---|---|
| 26 | February 8, 2008 | P.K. received a letter in Rego Park, New York from Wise doing business as "Whispering Winds Properties, LLC" in Scottsdale, AZ. This letter contained P.K.'s summary of her investments with Wise. | USPS |
| 27 | April 26, 2008 | S.M. and B.M. received a letter in Selbyville, Delaware from Wise doing business as "Whispering Winds Properties, LLC" in Scottsdale, AZ. This letter contained a summary of their investments with Wise. | USPS |
| 28 | April 24, 2008 | S.M. and B.M. received a letter in Selbyville, Delaware from Wise doing business as "Whispering Winds Properties, LLC" in Scottsdale, AZ. This letter contained a summary of their investments with Wise. | USPS |
| 29 | March 31, 2008 | S.M. and B.M. received a letter in Selbyville, Delaware from Wise doing business as "Whispering Winds Properties, LLC" in Scottsdale, AZ. This letter contained a summary of their investments with Wise. | USPS |
| 30 | August 15, 2008 | G.F. received a letter in Weston, CT from Wise doing business as "Whispering Winds Properties, LLC" in Scottsdale, AZ. This letter contained G.F.'s summary of his investments with Wise. | USPS |
| 31 | March 29, 2008 | G.F. received a letter in Weston, CT from Wise in Scottsdale, AZ. This letter contained a "Promissory Note" for $1,800,000.00 from Wise to G.F. | USPS |
| 32 | March 14, 2008 | G.F. received a letter in Weston, CT from Wise in Scottsdale, AZ. This letter contained a "Promissory Note" for $550,000.00 from Wise to G.F. | USPS |
| 33 | March 1, 2008 | G.F. received a letter in Weston, CT from Wise in Scottsdale, AZ. This letter contained a "Promissory Note" for $150,000.00 from Wise to G.F. | USPS |
| 34 | January 2, 2008 | G.F. received a letter in Weston, CT from Wise in Scottsdale, AZ. This letter contained a "Promissory Note" for $1,800,000.00 from Wise to G.F. | USPS |
| 35 | October 19, 2007 | G.F. received a letter in Weston, CT from Wise in Scottsdale, AZ. This letter contained a "Promissory Note" for $1,000,000.00 from Wise to G.F. | USPS |

| Count | Date | Item Mailed | Carrier |
|---|---|---|---|
| 36 | May 9, 2008 | W.M. received a letter in San Francisco, CA from Wise doing business as "Whispering Winds Properties, LLC" in Scottsdale, AZ. This letter contained W.M.'s summary of his investments with Dan Wise. | USPS |
| 37 | May 1, 2008 | W.M. received a letter in San Francisco, CA from Wise doing business as "Whispering Winds Properties, LLC" in Scottsdale, AZ. This letter contained W.M.'s summary of his investments with Wise. | USPS |
| 38 | April 24, 2008 | W.M. received a letter in San Francisco, CA from Wise doing business as "Whispering Winds Properties, LLC" in Scottsdale, AZ. This letter contained W.M.'s summary of his investments with Wise. | USPS |
| 39 | March 31, 2008 | W.M. received a letter in San Francisco, CA from Wise doing business as "Whispering Winds Properties, LLC" in Scottsdale, AZ. This letter contained W.M.'s summary of his investments with Wise. | USPS |
| 40 | January 28, 2008 | W.M. received a letter in San Francisco, CA from Wise doing business as "Whispering Winds Properties, LLC" in Scottsdale, AZ. This letter contained W.M.'s summary of his investments with Wise. | USPS |
| 41 | October 10, 2007 | W.M. received a letter in San Francisco, CA from Wise in Scottsdale, AZ. This letter contained a "Promissory Note" for $150,000.00 from Wise to W.M. | USPS |
| 42 | August 15, 2008 | R.S. received a letter in Laguna Hills, CA from Wise doing business as "Whispering Winds Properties, LLC" in Scottsdale, AZ. This letter contained R.S.'s Deal Summary of her investments with Wise. | USPS |
| 43 | July 24, 2008 | R.S. received a letter in Laguna Hills, CA from Wise doing business as "Whispering Winds Properties, LLC" in Scottsdale, AZ. This letter contained statements from Dan Wise concerning problems he was having with Whispering Winds LLC and Wise's reasons for the problems. | USPS |
| 44 | January 8, 2008 | R.S. received a letter in Laguna Hills, CA from Wise in Scottsdale, AZ. This letter contained a "Promissory Note" for $2,800,000.00 from Dan Wise to R.S. | USPS |

In violation of Title 18, United States Code, Section 1341.

11

## COUNTS FORTY-FIVE THROUGH FIFTY-EIGHT
### Wire Fraud
### [18 U.S.C. § 1343]

9. The factual allegations in paragraphs 1 - 8 of the Indictment are incorporated by reference and re-alleged as though fully set forth herein.

10. Beginning in or around June 2005, and continuing through in or around December 2008, in the District of Arizona and elsewhere, defendant DANIEL WISE, individually and doing business under the entities described above, along with others known and unknown to the Grand Jury, did knowingly and willfully devise and intend to devise a scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent promises, pretenses, and representations, and the concealment of material facts.

11. On or about the dates listed below, in the District of Arizona and elsewhere, for the purpose of executing and attempting to execute the aforesaid scheme and artifice to defraud and to obtain money by means of materially false and fraudulent pretenses, representations, and promises, and concealment of material facts, defendant DANIEL WISE, individually and doing business under the entities described above, along with others known and unknown to the Grand Jury, did knowingly transmit and cause to be transmitted, by means of wire and radio communications in interstate commerce, certain writings, pictures, signals, and sounds, to and from the District of Arizona and elsewhere, each such instance being a separate Count of this Indictment:

| Ct | Date | Amount | Originator | Originator (O) or Bank Location (B) | Beneficiary | Beneficiary Bank or Location |
|---|---|---|---|---|---|---|
| 45 | 10/19/2007 | $1,000,000 | G.F. | Weston, Connecticut (O) | LM Beagle Properties, LLC | Northern Trust Bank X2157 in Arizona |
| 46 | 12/07/2007 | $750,000 | G.F. | Weston, Connecticut (O) | LM Beagle Properties, LLC | Northern Trust Bank X2157 in Arizona |

| Ct | Date | Amount | Originator | Originator (O) or Bank Location (B) | Beneficiary | Beneficiary Bank or Location |
|---|---|---|---|---|---|---|
| 47 | 05/22/2007 | $1,000,000 | APG Investments Inc. | Encino, California (O) | Wilan Holdings, Inc. | Northern Trust Bank X2130 in Arizona |
| 48 | 06/01/2007 | $400,000 | C.B. | New York City, New York (O) | LM Beagle Properties, LLC | Northern Trust Bank X2157 in Arizona |
| 49 | 08/10/2007 | $1,000,000 | C.B. and A.B. | New York City, New York (O) | LM Beagle Properties, LLC | Northern Trust Bank X2157 in Arizona |
| 50 | 11/27/2007 | $100,000 | W.M. | San Francisco, California (O) | Whispering Winds Properties, LLC | Northern Trust Bank X2113 in Arizona |
| 51 | 11/28/2007 | $75,000 | W.M. | San Francisco, California (O) | Whispering Winds Properties, LLC | Northern Trust Bank X2113 in Arizona |
| 52 | 12/14/2007 | $150,000 (1st Wire) | T.W. | Manhattan Beach, California (O) | LM Beagle Properties, LLC | Northern Trust Bank X2157 in Arizona |
| 53 | 12/14/2007 | $150,000 (2nd Wire) | T.W. | Manhattan Beach, California (O) | LM Beagle Properties, LLC | Northern Trust Bank X2157 in Arizona |
| 54 | 01/25/2008 | $500,000 | D.B. and K.W. | RPV, California (O) | Whispering Winds Properties, LLC | Northern Trust Bank X2113 in Arizona |
| 55 | 01/28/2008 | $355,000 | D.F. | Manassas, Virginia (O) | Karlena, Inc. | Northern Trust Bank X1491 in Arizona |
| 56 | 01/29/2008 | $345,000 | D.F. | Manassas, Virginia (O) | Karlena, Inc. | Northern Trust Bank X1491 in Arizona |
| 57 | 03/13/2008 | $450,000 | D.F. | Manassas, Virginia (O) | Karlena, Inc. | Compass Bank X9697 in Arizona |

| Ct | Date | Amount | Originator | Originator (O) or Bank Location (B) | Beneficiary | Beneficiary Bank or Location |
|---|---|---|---|---|---|---|
| 58 | 03/14/2008 | $250,000 | D.F. | Manassas, Virginia (O) | Karlena, Inc. | Compass Bank X9697 in Arizona |

In violation of Title 18, United States Code, Section 1343.

## COUNTS FIFTY-NINE THROUGH ONE HUNDRED AND TWO
### Transactional Money Laundering
### [18 U.S.C. § 1957(a)]

12. The factual allegations in paragraphs 1-11 of the Indictment are incorporated by reference and re-alleged as though fully set forth herein.

13. On or about the dates set forth below, defendant DANIEL WISE, and others known and unknown to the Grand Jury, within the United States, knowingly engaged in monetary transactions from a financial institution in the District of Arizona in criminally derived property of a value greater than $10,000, which property was derived from specified unlawful activity, namely violations of 18 U.S.C. §§ 1341 (Mail Fraud) and 1343 (Wire Fraud), as alleged in Counts 1 through 58 of the Indictment, each such instance being a separate Count of this Indictment, as follows:

| Ct | Date | Amount - Check/Currency/Wire | Payer | Bank | Payee | Purpose |
|---|---|---|---|---|---|---|
| 59 | 05/22/2007 | $28,500 Check #3134 | LM Beagle Properties, LLC | Northern Trust Bank x2157 | Aqua Mgmt | Ponzi Payment |
| 60 | 05/23/2007 | $650,000 Wire Transfer between accounts | Wilan Holdings, LLC | Northern Trust Bank x2130 | LM Beagle Properties LLC | Payment to Wise Entity |

| Ct | Date | Amount - Check/Currency/Wire | Payer | Bank | Payee | Purpose |
|---|---|---|---|---|---|---|
| 61 | 05/23/2007 | $115,000 Wire Transfer between accounts | Wilan Holdings, LLC | Northern Trust Bank x2130 | LM Beagle Properties LLC | Payment to Wise Entity |
| 62 | 05/24/2007 | $110,000 Check #5002 | Wilan Holdings, LLC | Northern Trust Bank x2130 | WISE | Payment to Wise |
| 63 | 05/30/2007 | $175,000 Check #3123 | LM Beagle Properties, LLC | Northern Trust Bank x2157 | KFT | Ponzi Payment |
| 64 | 05/30/2007 | $200,000 Check #3124 | LM Beagle Properties, LLC | Northern Trust Bank x2157 | KFT | Ponzi Payment |
| 65 | 05/30/2007 | $125,000 Check #3125 | LM Beagle Properties, LLC | Northern Trust Bank x2157 | KFT | Ponzi Payment |
| 66 | 05/24/2007 | $20,000 Check #3161 | LM Beagle Properties, LLC | Northern Trust Bank x2157 | M.G. | Ponzi Payment |
| 67 | 05/30/2007 | $20,000 Check #3217 | LM Beagle Properties, LLC | Northern Trust Bank x2157 | H.Y. | Ponzi Payment |
| 68 | 05/25/2007 | $17,000 Check #3220 | LM Beagle Properties, LLC | Northern Trust Bank x2157 | T.Y. | Ponzi Payment |
| 69 | 05/29/2007 | $50,000 Check #3219 | LM Beagle Properties, LLC | Northern Trust Bank x2157 | T.Y. | Ponzi Payment |
| 70 | 05/30/2007 | $75,000 Check #3223 | LM Beagle Properties, LLC | Northern Trust Bank x2157 | APG | Ponzi Payment |
| 71 | 05/30/2007 | $85,000 Check #3224 | LM Beagle Properties, LLC | Northern Trust Bank x2157 | APG | Ponzi Payment |

| Ct | Date | Amount - Check/Currency/Wire | Payer | Bank | Payee | Purpose |
|---|---|---|---|---|---|---|
| 72 | 05/30/2007 | $35,000 Check #3225 | LM Beagle Properties, LLC | Northern Trust Bank x2157 | APG | Ponzi Payment |
| 73 | 06/04/2007 | $20,000 Wire Transfer between accounts | LM Beagle Properties, LLC | Northern Trust Bank x2157 | Three Jays, LLC | Payment to Wise Entity |
| 74 | 06/04/2007 | $45,000 Check #3267 | LM Beagle Properties, LLC | Northern Trust Bank x2157 | Jerilou, LLC | Payment to Wise Entity |
| 75 | 06/05/2007 | $105,000 Wire | LM Beagle Properties, LLC | Northern Trust Bank x2157 | Dan Wise, CPA | Payment to Wise |
| 76 | 06/05/2007 | $19,438.76 Check #3179 | LM Beagle Properties, LLC | Northern Trust Bank x2157 | American Express (on behalf of S.S.) | Ponzi Payment |
| 77 | 06/06/2007 | $50,000 Check #3234 | LM Beagle Properties, LLC | Northern Trust Bank x2157 | American Express (on behalf of J.E.) | Ponzi Payment |
| 78 | 08/16/2007 | $20,000 Wire | LM Beagle Properties, LLC | Northern Trust Bank x2157 | Dan Wise, CPA | Payment to Wise |
| 79 | 08/20/2007 | $17,500 Check #3712 | LM Beagle Properties, LLC | Northern Trust Bank x2157 | Dan Wise | Payment to Wise |
| 80 | 08/13/2007 | $75,000 Check #3676 | LM Beagle Properties, LLC | Northern Trust Bank x2157 | APG | Ponzi Payment |
| 81 | 08/13/2007 | $75,000 Check #3680 | LM Beagle Properties, LLC | Northern Trust Bank x2157 | APG | Ponzi Payment |
| 82 | 08/20/2007 | $65,000 Check #3659 | LM Beagle Properties, LLC | Northern Trust Bank x2157 | APG | Ponzi Payment |

| Ct | Date | Amount - Check/ Currency/Wire | Payer | Bank | Payee | Purpose |
|---|---|---|---|---|---|---|
| 83 | 08/20/2007 | $80,000 Check #3675 | LM Beagle Properties, LLC | Northern Trust Bank x2157 | APG | Ponzi Payment |
| 84 | 10/23/2007 | $150,000 Check #3758 | LM Beagle Properties, LLC | Northern Trust Bank x2157 | Dan Wise | Payment to Wise |
| 85 | 10/22/2007 | $168,864.65 Check #12749 | Dan WISE, CPA | Compass Bank, Dan WISE CPA x1026 | Internal Revenue Service | Payment on behalf of Wise |
| 86 | 10/22/2007 | $85,000 Wire | LM Beagle Properties, LLC | Northern Trust Bank x2157 | C.B. and A.B. | Ponzi Payment |
| 87 | 10/19/2007 | $600,000 Transfer | LM Beagle Properties, LLC | Northern Trust Bank x2157 | Dan Wise | Payment to Wise |
| 88 | 11/28/2007 | $82,500 Check #2153 | Whispering Winds Properties, LLC | Northern Trust Bank x2113 | K.F. | Ponzi Payment |
| 89 | 11/28/2007 | $67,500 Check #2154 | Whispering Winds Properties, LLC | Northern Trust Bank x2113 | K.F. | Ponzi Payment |
| 90 | 11/28/2007 | $65,000 Check #2305 | Whispering Winds Properties, LLC | Northern Trust Bank x2113 | LM Beagle | Payment to Wise Entity |
| 91 | 12/07/2007 | $120,000 Wire | LM Beagle Properties, LLC | Northern Trust Bank x2157 | C.B. and A.B. | Ponzi Payment |
| 92 | 12/07/2007 | $400,000 Wire | LM Beagle Properties, LLC | Northern Trust Bank x2157 | APG | Ponzi Payment |

| Ct | Date | Amount - Check/Currency/Wire | Payer | Bank | Payee | Purpose |
|---|---|---|---|---|---|---|
| 93 | 12/17/2007 | $50,000 Check #3838 | LM Beagle Properties, LLC | Northern Trust Bank x2157 | Dan Wise | Payment to Wise |
| 94 | 12/18/2007 | $50,000 Wire | LM Beagle Properties, LLC | Northern Trust Bank x2157 | APG | Ponzi Payment |
| 95 | 01/25/2008 | $550,000 Wire | Whispering Winds Properties, LLC | Northern Trust Bank x2113 | Steinberg Barness Glasgow & Foster | Ponzi Payment |
| 96 | 01/25/2008 | $200,000 Wire | Whispering Winds Properties, LLC | Northern Trust Bank x2113 | Steinberg Barness Glasgow & Foster | Ponzi Payment |
| 97 | 01/28/2008 | $355,000 Wire | Karlena, Inc | Northern Trust Bank x1491 | Steinberg Barness Glasgow & Foster | Ponzi Payment |
| 98 | 01/29/2008 | $345,000 Wire | Karlena, Inc | Northern Trust Bank x1491 | Steinberg Barness Glasgow & Foster | Ponzi Payment |
| 99 | 03/14/2008 | $23,000 Check #5211 | Karlena, Inc | Compass Bank x9697 | A.M. | Ponzi Payment |
| 100 | 03/13/2008 | $200,000 Debit Memo | Karlena, Inc | Compass Bank x9697 | Whisp. Winds | Payment to Wise Entity |
| 101 | 03/13/2008 | $20,000 Debit Memo | Karlena, Inc | Compass Bank x9697 | LM Beagle | Payment to Wise Entity |
| 102 | 03/17/2008 | $35,000 Debit Memo | Karlena, Inc | Compass Bank x9697 | LM Beagle | Payment to Wise Entity |

In violation of Title 18, United States Code, Section 1957(a).

**FORFEITURE ALLEGATIONS**

14. The factual allegations in paragraphs 1 through 13 of the Indictment are incorporated by reference and re-alleged as though set forth fully herein.

15. Pursuant to 18 U.S.C. § 981(a)(1)(C), and 28 U.S.C. § 2461, and as a result of committing one or more of the offenses charged in Counts 1-58 of this Indictment, defendant DANIEL WISE shall forfeit to the United States all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of the offenses, including but not limited to the aggregate sum of $10 million in U.S. currency, in that the aggregate sum is the proceeds of the specified unlawful acts, as defined in 18 U.S.C. § 1956(c)(7)(A) and § 1961(1), to wit: 18 U.S.C. § 1341 (Mail Fraud) and 18 U.S.C. § 1343 (Wire Fraud).

16. Pursuant to 18 U.S.C. §982(a)(1), and as a result of committing one or more of the money laundering offenses charged in Counts 59-102 of this Indictment, in violation of 18 U.S.C. § 1957, defendant DANIEL WISE shall forfeit to the United States:

    (a) All right, title, and interest in any and all property involved in each offense in violation of Title 18, United States Code, Section 1956 or 1957, for which the defendants are convicted, and all property traceable to such property, including the following: 1) all money or other property that was the subject of each transaction, transportation, transmission or transfer in violation of Section 1957; 2) all commissions, fees and other property constituting proceeds obtained as a result of those violations; and 3) all property used in any manner or part to commit or to facilitate the commission of those violations.

    (b) A sum of money equal to the total amount of money involved in each offense for which the defendants are convicted.

17. Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b), and 28 U.S.C. Section 2461, the defendants shall forfeit substitute property, up to the value of the amount described above, if by any act or omission of

the defendants, the property described above, or any portion thereof, cannot be located upon the exercise of due diligence; has been transferred, sold to or deposited with a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty.

All in accordance with Title 18, United States Code, Sections 981 and 982(a)(1); 28 United States Code, Section 2461; and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/S/
FOREPERSON OF THE GRAND JURY
Date: April 17, 2012

ANN BIRMINGHAM SCHEEL
Acting United States Attorney
District of Arizona

/S/
DOMINIC LANZA
PETER SEXTON
Assistant U.S. Attorneys