AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Arizona

```
FILED ✗    LODGED ___
RECEIVED ___  COPY ___

APR 1 9 2012

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY
```

United States of America )
           Plaintiff )
     v. )   Case No. CR12-0788 PHX-ROS
DANNY WISE )
           Defendant )

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

DANNY WISE

Date: 4/20/12

_____
Attorney's signature

David Dow
Printed name and bar number
007377

3104 E. Camelback #281
Phx AZ 85016
Address

Ddowlaw1@gmail.com
E-mail address

602 550 2951
Telephone number

480 945 0553
FAX number