**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-12-00788-001-PHX-ROS |
| Plaintiff, | **ORDER** |
| v. | |
| Danny Wise, | |
| Defendant. | |

Defendant Danny Wise seeks reconsideration of the Court's Order denying his Motion for Order to Show Cause. As the Court explained in its Order, Wise believed the United States had destroyed some of his property. The Court concluded Wise was seeking relief under Federal Rule of Criminal Procedure 41(g). That rule, however, did not authorize any relief given that it was no longer possible to return the material at issue. Wise's motion for reconsideration does not present any reason to doubt the Court's prior reasoning. To the extent Wise is seeking relief under Rule 41(g), the Court properly denied his motion.

Wise's motion for reconsideration also seeks an alternative form of relief. That is, Wise requests the Court "overturn [his] state conviction based on the many clear and proven constitutional violations perpetrated by [the United States] and others." (Doc. 150 at 4). That relief is not available under Rule 41(g). But it is also not available in this criminal case under any other procedures. To the extent Wise seeks relief from his underlying convictions, he must do so through the appropriate procedures. *See, e.g.*, 28

U.S.C. § 2254 (outlining habeas corpus available to individuals in state custody).

Accordingly,

**IT IS ORDERED** the Motion for Reconsideration (Doc. 150) is **DENIED**.

Dated this 24th day of June, 2019.

Honorable Roslyn O. Silver
Senior United States District Judge